UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERILL LYNN SMOTHERS,<br><br>        Plaintiff,<br><br>   v.<br><br>ROB BONTA, et al.,<br><br>        Defendants. | Case No. 24-cv-04784-RFL<br><br>**ORDER TO SHOW CAUSE** |

    Petitioner Sherill Lynn Smothers, who is on bail under stringent conditions awaiting a pending retrial, and thus in custody for habeas purposes, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  It does not appear from the face of the petition that it is without merit.  Good cause appearing, the Court hereby issues the following:

1. The Clerk shall electronically serve a copy of this Order and the Petition upon all Respondents and Respondents' attorney, the Attorney General of the State of California, at the following email addresses: SFAWTParalegals@doj.ca.gov and DocketingSFAWT@doj.ca.gov.  The Petition and exhibits thereto are also available via the Electronic Case Filing System for the United States District Court for the Northern District of California.

2. Within sixty days of the issuance of this Order, Respondents shall respond by answering the allegations and showing cause why a writ of habeas corpus should not issue, or by filing a motion to dismiss on procedural grounds.  If Respondents file an Answer, they shall also file a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues

presented by the petition.

3. If Respondents file an Answer, and Petitioner wishes to respond, then Petitioner shall do so by filing a Traverse and serving it on Respondents within sixty days of receipt of the Answer.  If Petitioner does not file a Traverse within sixty days of receiving the Answer, the petition will be deemed submitted and ready for decision.

4. If Respondents file a Motion to Dismiss, Petitioner shall file and serve on Respondents an opposition or statement of non-opposition to the Motion within sixty days of receiving the Motion.  Respondents shall then file and serve on Petitioner a reply within fourteen days of receipt of any opposition.

5. Although extensions are not favored, reasonable extensions will be granted upon a showing of good cause.  Any motion for an extension of time must be filed no later than three days prior to the deadline sought to be extended.

**IT IS SO ORDERED.**

Dated: August 12, 2024

RITA F. LIN
United States District Judge