Rob Bonta
Attorney General of California
Michele J. Swanson
Supervising Deputy Attorney General
Gregory A. Ott
Deputy Attorney General
State Bar No. 160803
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3838
  Fax:  (415) 703-1234
  E-mail:  Gregory.Ott@doj.ca.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHERILL LYNN SMOTHERS,**<br><br>                    Petitioner,<br><br>    v.<br><br>**ROB BONTA, et al.,**<br><br>                    Respondents. | 24-cv-04784-RFL<br><br>**ANSWER** |

Respondent provides this Answer to the 28 U.S.C. § 2241 petition for writ of habeas corpus.

**I.**

**CUSTODY**

California state prisoner Sherill Lynn Smothers ("petitioner") is a pretrial constructive detainee, freed on bail awaiting retrial on a murder charge in *People v. Sherill Lynn Smothers*, Contra Costa County Superior Court No. 05-161318-1.

On July 11, 2005, a San Clara County Superior Court jury convicted petitioner of sexual penetration of a child under the age of sixteen by a person over the age of twenty-one (Cal. Penal Code § 289(j)); penetration of a person unconscious of the nature of the act due to fraudulent representation (id. § 289(d)(4)); sexual penetration of a person under the age of eighteen (id. § 289(h)); lewd and lascivious acts on a child more than ten years younger than petitioner (id. § 288(c)(1)); and two counts of attempting to dissuade a witness from testifying (id. § 136.1(b)(1)). On July 5, 2006, the trial court sentenced petitioner to eleven years and four months in prison. He unsuccessfully pursued direct and collateral review in state court, and thereafter filed the instant petition.

## II.

## VERIFICATION

The petition for writ of habeas corpus is signed and verified by counsel for petitioner.

## III.

## EXHAUSTION OF STATE REMEDIES

Petitioner exhausted state remedies for his claims.

## IV.

## GENERAL DENIAL

Petitioner was not denied rights under the Constitution or laws of the United States and is not entitled to discharge from his present confinement. The state court adjudication of petitioner's claims was correct.

## V.

## SPECIFIC DENIAL

1. The Double Jeopardy Clause does not compel dismissal of the murder charge against petitioner, as he was convicted of that charge at his first trial, and that conviction was not overturned for insufficiency of the evidence.

2 The doctrine or collateral estoppel, or "issue preclusion," does not prevent the prosecution from relying, at retrial, on a theory that petitioner was an actual killer.

3. Petitioner's claim that the prosecution should be precluded from relying on "new" theories or offenses is not ripe, requests an advisory opinion, and does not enable a response, as petitioner fails to identify any "new" theory or offense to which he has been or will be subjected to. His claim that the prosecution should be precluded from relying on a conspiracy or aiding and abetting theory that should have been brought before lacks relevant authority. It also lacks a factual basis, as his first jury was presented with such theories.

## VI.

## INCORPORATION BY REFERENCE

Respondent incorporates by reference as though fully set forth the factual statements material to the issues herein which are contained in the accompanying memorandum of points and authorities.

## VII.

## RULE 5 STATEMENT

In support of his answer and supporting memorandum of points and authorities, respondent has attached hereto, as Exhibit A, a true and correct copy of the Reporter's Transcript ("Augment Volume pages 1-119") (1 vol.) of November 15 & 16, 2016, in *People v. Sherill Lynn Smothers*, Contra Costa County Superior Court No. 5-161318-1.

## VIII.

## PRAYER

WHEREFORE, respondent respectfully prays that the petition for writ of habeas corpus be denied with prejudice.

| | | |
|---|---|---|
| 1 | Dated: October 14, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MICHELE J. SWANSON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | s/ Gregory A. Ott<br>GREGORY A. OTT |
| 7 | | Deputy Attorney General<br>*Attorneys for Respondents* |
| 8 | SF2024401922 | |